UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY AND RYAN SWENSON,<br><br>Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, d/b/a MIDLAND MORTGAGE COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.:  0:21-cv-00130-MJD-ECW<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC ONLY** |

Please take notice that Plaintiffs Holly and Ryan Swenson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss with prejudice this action against Defendant Trans Union LLC.  Voluntary dismissal with prejudice is proper without a court order because there has been no Answer or responsive pleading filed.

Respectfully submitted this 10th day of March 2021,

By: *s/Jenna Dakroub*
Jenna Dakroub
Bar Number: 0401650
*Attorneys for Plaintiffs,*
*Holly and Ryan Swenson*
**Price Law Group**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Fax: (818) 600-5413
E: jenna@pricelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10th, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**PRICE LAW GROUP, APC**

*/s/ Brianna Frohman*