# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY AND RYAN SWENSON,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, d/b/a MIDLAND MORTGAGE COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　　Defendants. | Case No.: 0:21-cv-00130-MJD-ECW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MIDFIRST BANK, d/b/a MIDLAND MORTGAGE COMPANY ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Midfirst Bank, d/b/a Midland Mortgage Company ("Midland"), and good cause appearing;

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, as to Midland only, with the parties to bear their own attorneys' fees and costs.

　　　　　　　　　　　　　　　BY THE COURT:

Dated: April 21, 2021　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　The Honorable Michael J. Davis
　　　　　　　　　　　　　　　United States District Court