# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY AND RYAN SWENSON,<br><br>Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, d/b/a MIDLAND MORTGAGE COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 0:21-cv-00130-MJD-ECW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing;

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, as to Experian only, with the parties to bear their own attorneys' fees and costs.

Dated: April 23, 2021        BY THE COURT:

                             s/Michael J. Davis
                             The Honorable Michael J. Davis
                             United States District Court