UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY AND RYAN SWENSON,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, d/b/a MIDLAND MORTGAGE COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　　　Defendants. | **Case No.:** 0:21-cv-00130-MJD-ECW<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　　Please take notice that Plaintiffs Holly and Ryan Swenson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss with prejudice this action against Defendant Equifax Information Services, LLC.  Voluntary dismissal with prejudice is proper without a court order because there has been no Answer or responsive pleading filed. There are no remaining defendants in this matter.

　　　Respectfully submitted this 27th day of April 2021,

　　　　　　　　　　　　　　　　　　By: *s/Jenna Dakroub*
　　　　　　　　　　　　　　　　　　Jenna Dakroub
　　　　　　　　　　　　　　　　　　Bar Number: 0401650
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs,*
　　　　　　　　　　　　　　　　　　*Holly and Ryan Swenson*
　　　　　　　　　　　　　　　　　　**Price Law Group**
　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　Telephone: (818) 600-5513
　　　　　　　　　　　　　　　　　　Fax: (818) 600-5413
　　　　　　　　　　　　　　　　　　E: jenna@pricelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**PRICE LAW GROUP, APC**

*/s/ Brianna Frohman*